UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLENE CHRISTY PERCIVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C13-CV-05732-RBL-JLW<br><br>ORDER AFFIRMING COMMISSIONER |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg.   It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court AFFIRMS the decision of the Commissioner; and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 9th day of January, 2015.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER
PAGE -1